# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALAN WANEK, | - Case Number: **1:09-cv-02540** |
| Plaintiff, | - |
| | - **NOTICE OF SETTLEMENT** |
| v. | - |
| FREDERICK HANNA & ASSOCIATES P.C., | - |
| Defendant. | - |

NOW COMES the Plaintiff, WILLIE RIOS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: October 19, 2009     KROHN & MOSS, LTD.

By: /s/ Alex Simanovsky _
Alex Simanovsky

Attorney for Plaintiff